UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
CARLTON KNOWLES, *on behalf of himself and all* : 
*others similarly situated*, :
:
:
Plaintiff, :
: 24 Civ. 9820 (JPC)
-v- :
: ORDER
CLAVEL CORPORATION, :
:
:
Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On January 31, 2025, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 10. Defendant's deadline to respond to the Complaint was therefore February 21, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until April 2, 2025. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by April 9, 2025.

Plaintiff is directed to mail a copy of this Order by First Class Mail to the address at which Defendant was served with the Summons and Complaint.

SO ORDERED.

Dated: March 26, 2025
       New York, New York

                                              _____
                                              JOHN P. CRONAN
                                              United States District Judge